# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2024-0153**
Otis Terriel Nelson v. State of Alabama (Appeal from Madison Circuit Court: CC-18-4808.60)

# <u>NOTICE</u>

You are hereby notified that on April 4, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk